Daniel Poulson
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: daniel_poulson@fd.org

*Counsel for Appellant*

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOEL MICHAEL RYNO,<br><br>        Appellant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Appellee. | Case No. 23-3426<br><br>**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE REPLY BRIEF** |

      Appellant, Joel Michael Ryno, through counsel, Daniel Poulson, Assistant Federal Defender, moves this Court unopposed for a 30-day extension of time to file Appellant's Reply Brief. The proposed new deadline would be September 20, 2024. An extension is requested to provide Mr. Ryno with effective assistance of counsel. Counsel requires additional time to research the impact of the Supreme Court's recent decision *United States v. Rahimi*, 602 U.S. ---, 144 S. Ct. 1889 (June 21, 2024) on Mr. Ryno's claims. Counsel for Appellee, Assistant U.S. Attorney

Stephen Corso has been contacted via email and does not oppose the requested extension.

DATED at Anchorage, Alaska this 19th day of August, 2024.

>Respectfully submitted,
>
>FEDERAL PUBLIC DEFENDER
>DISTRICT OF ALASKA
>
>*/s/ Daniel Poulson*
>Daniel Poulson
>Assistant Federal Defender